No. 80–1558. LeBeouf Brothers Towing Co., Inc., et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–1638. First Empire Bank-New York, by its successor-in-interest Manufacturers & Traders Trust Company of Buffalo, New York, et al. v. Federal Deposit Insurance Corporation. C. A. 9th Cir. Certiorari denied.

No. 80–1665. Ratcliff v. Commissioner of Internal Revenue. C. A. 2d Cir. Certiorari denied.

No. 80–1675. Spector et al. v. Maryland. Ct. App. Md. Certiorari denied.

No. 80–1689. Fitzgerald v. Nations et al. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 80–1697. St. Louis Southwestern Railway Co. v. Mosley et al. C. A. 5th Cir. Certiorari denied.

No. 80–1780. Schwenk v. United States. C. A. 8th Cir. Certiorari denied.

No. 80–1784. Calhoun v. Bailar, Postmaster General of the United States, et al. C. A. 9th Cir. Certiorari denied.

No. 80–1830. Gulf States Canners, Inc. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 80–1839. Davi v. United States. C. A. 2d Cir. Certiorari denied.